

UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/09/2019

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 17-33508 |
| Shahnaz B. Khan, | § | |
| | § | Chapter 13 |
|    Debtor | § | |
| | § | |
| SHAHNAZ B. KHAN, | § | |
| | § | Adversary No. 18-03143 |
| vs. | § | |
| | § | |
| WELLS FARGO BANK, N.A. | § | |

## ORDER GRANTING MOTION TO DISMISS
(Docket No. 7)

On this day, the Court considered the Motion to Dismiss (the "Motion") filed by Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), the response filed by Plaintiff ("Shahnaz Khan"), and the pleadings on file with the Court. Wells Fargo's Motion is warranted and is hereby **GRANTED**.

It is, therefore, **ORDERED** that all of the claims that have been asserted in this action by Plaintiff Shahnaz Khan are hereby **DISMISSED WITH PREJUDICE** to the re-filing of same.

It is further **ORDERED** that all taxable costs and fees in this action shall be borne by the party incurring same.

This order is without prejudice to Shahnaz B. Khan's right, if any, to object to the amounts set forth in the proof of claim filed by Wells Fargo, pursuant to the Federal Rules of Bankruptcy Procedures, in Case No. 17-33508; In the United States Bankruptcy Court for the Southern District of Texas.

1

This is a final order disposing of all claims and all parties in this adversary proceeding. All relief not granted herein is denied.

**Signed: January 07, 2019.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

**AGREED AS TO FORM:**

**/s/ Kyle Kenneth Payne**
**Kyle Kenneth Payne**
**Texas State Bar No. 24083637**
**PAYNE & ASSOCIATES, PLLC**
**5225 Katy Freeway, Suite 505**
**Houston, TX 77007**
**Phone: (713) 228-0200**
**Fax: (713) 588-8750**
**ATTORNEY FOR PLAINTIFF**